

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Calvin Marcellus Anderson, Appellant

No. 06-23-00139-CR      v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 52,879-B). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by unchecking the "Terms of Plea Bargain" box. We also delete the phrase "Terms of Plea Bargain are attached and incorporated herein by this reference" and replace it with the phrase "Open Plea, No Plea Bargain." As modified, we affirm the judgment of the trial court.

We note that the appellant, Calvin Marcellus Anderson, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 6, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk